# In the United States Court of Federal Claims

No. 17-843C
(Filed: June 11, 2018)

```
*************************************
ACME WORLDWIDE ENTERPRISES,     *
INC.,                           *
                                *
        Plaintiff,              *
                                *
v.                              *
                                *
THE UNITED STATES,              *
                                *
        Defendant,              *
                                *
and                             *
                                *
INDUSTRIAL SMOKE & MIRRORS,     *
INC.,                           *
                                *
        Defendant-Intervenor.   *
                                *
*************************************
```

## SCHEDULING ORDER

On May 30, 2018, the parties in the above-captioned cased filed a Joint Preliminary Status Report in which they suggested a schedule for further proceedings. The court adopts the schedule proposed by the parties:

- The parties shall provide their Rule 26 initial disclosures and formally begin fact discovery **no later than Wednesday, June 13, 2018**.

- Plaintiff shall provide its initial disclosure of asserted claims **no later than Wednesday, June 20, 2018**.

- Defendant shall provide its initial disclosure of prior art **no later than Friday, July 20, 2018**.

- Plaintiff shall provide its infringement contentions **no later than Tuesday, September 18, 2018**.

- Defendant shall provide its noninfringement and invalidity contentions **no later than Friday, November 16, 2018**.

- The parties shall exchange claim terms **no later than Friday, March 15, 2019**.

- The parties shall exchange claim constructions and extrinsic evidence **no later than Friday, April 5, 2019**.

- The parties shall meet and confer to attempt to narrow the claim terms at issue **no later than Friday, April 26, 2019**.

- The parties shall file a joint claim construction statement **no later than Friday, May 17, 2019**.  The joint statement shall include suggested dates for the claim construction hearing.

- Claim construction discovery closes **no later than Wednesday, July 3, 2019**.

- The parties shall file their opening claim construction briefs on disputed terms **no later than Friday, August 16, 2019**.

- The parties shall file their responsive claim construction briefs on disputed terms **no later than Tuesday, October 1, 2019**.

- The court will hold a claim construction hearing on a date to be determined.

Further proceedings will be determined after the court issues its claim construction decision.

**IT IS SO ORDERED.**

                                       s/ Margaret M. Sweeney
                                       MARGARET M. SWEENEY
                                       Judge