## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACME WORLDWIDE ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-cv- 00843C |
| ) | |
| v. ) | Judge Zachary N. Somers |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| INDUSTRIAL SMOKE & MIRRORS, INC., ) | |
| ) | |
| Defendant-Intervenor. ) | |

**CONSENT MOTION FOR SUBSTITUTION OF COUNSEL**

Under Rule 83.1(c)(4)(A)(i)(I), Defendant-Intervenor Industrial Smoke & Mirrors, Inc. ("ISM") respectfully moves to substitute Michael J. Colitz, III as attorney of record. Mr. Colitz is a member of the bar of the U.S. Court of Federal Claims, and his Affidavit is appended to this Consent Motion. ISM's current attorney of record, Jennifer E. Vanover, consents to the substitution and will serve as of counsel for this matter.

Dated: July 20, 2022

Respectfully submitted,

s/ Michael J. Colitz, III
Michael J. Colitz, III
GrayRobinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Michael.Colitz@Gray-robinson.com
Telephone: (813) 273-5000
Facsimile: (813) 273-5145

*Attorney for Defendant-Intervenor,*
*Industrial Smoke & Mirrors, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of July 2022, a copy of the following document was filed electronically through the U.S. Court of Federal Claims Case Management/Electronic Case Filing (CM/ECF) system:

Consent Motion for Substitution of Counsel
Affidavit of Michael J. Colitz, III

I understand that the Notice of Electronic Filing will be provided to all parties in this case via the U.S. Court of Federal Claims CM/ECF system.

<u>s/ Michael J. Colitz, III</u>
Michael J. Colitz, III
GrayRobinson, P.A.
401 East Jackson Street, Suite 2700
Tampa, Florida 33602
Michael.Colitz@Gray-robinson.com
Telephone: (813) 273-5000
Facsimile: (813) 273-5145

*Attorney for Defendant-Intervenor,*
*Industrial Smoke & Mirrors, Inc.*

#47869880 v1