## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACME WORLDWIDE ENTERPRISES, INC., )<br>)<br>        Plaintiff, )<br>)<br>        v. )<br>)<br>THE UNITED STATES, )<br>)<br>        Defendant, )<br>)<br>        and )<br>)<br>INDUSTRIAL SMOKE & MIRRORS, INC., )<br>)<br>        Defendant-Intervenor. )<br>_____) | Case No. 1:17-cv-00843C<br><br>Judge Zachary N. Somers |

### **AFFIDAVIT OF MICHAEL J. COLITZ, III**

COMES NOW AFFIANT MICHAEL J. COLITZ, III and swears and affirms as below.

1. I am an attorney and a member in good standing of the Bar of the United States Court of Federal Claims.

2. Defendant-Intervenor Industrial Smoke & Mirrors, Inc. has retained me to represent it in the above captioned matter in this court effective as of the date of this affidavit.

3. I have made and read the foregoing AFFIDAVIT, and I state and affirm that the matters stated herein are true to the best of my information, knowledge and belief under penalty of perjury of the laws of the United States of America.

1

#47870075 v1

Signed and dated this 20th day of July 2022.


/Michael J. Colitz, III/

Michael J. Colitz, III