## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ACME WORLDWIDE ENTERPRISES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES, ) | No. 17-843 C |
| ) | |
| Defendant, ) | Judge Zachary N. Somers |
| ) | |
| and ) | |
| ) | |
| INDUSTRIAL SMOKE & MIRRORS, INC. ) | |
| ) | |
| Defendant-Intervenor. ) | |

### JOINT STIPULATION AND MOTION TO AMEND SCHEDULE

Plaintiff, ACME Worldwide Enterprises, Inc., Defendant, United States, and Defendant-Intervenor, Industrial Smoke & Mirrors, Inc. ("Parties") hereby jointly stipulate to the following proposed amendment to the due date for the exchange of affirmative expert reports set by the Order, ECF 127.

Plaintiff's expert has a conflict in his schedule due to depositions, deposition preparation, and associated travel in connection with another case, and has asked for a short extension to accommodate his schedule. The parties agree that an extension of the due date, now June 19, 2023 (June 20, 2023, due to the Federal Holiday) for 11 days to June 30, 2023 is appropriate.

Accordingly, the Parties move the Court to enter the following amendment to the schedule:

- Affirmative expert reports:  June 30, 2023.

\*   \*   \*

| | |
|---|---|
| Dated: June 15, 2023 | Respectfully submitted, |
| /s/ John P. Moran<br>JOHN P. MORAN<br>HOLLAND & KNIGHT LLP<br>800 17th Street, N.W.<br>Washington, D.C. 20006<br>john.moran@hklaw.com<br>Telephone:   (202) 828-1848<br>Facsimile:    (202) 955-5564<br><br>COUNSEL FOR THE PLAINTIFF, ACME WORLDWIDE ENTERPRISES, INC. | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>GARY L. HAUSKEN<br>Director<br><br>/s/ Conrad J. DeWitte, Jr.<br><u>Filed with permission received by electronic mail</u><br>CONRAD J. DeWITTE, JR.<br>Assistant Director<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>Washington, D.C. 20530<br>conrad.dewitte@usdoj.gov<br>(202) 307-0459<br><br>COUNSEL FOR THE DEFENDANT,<br>THE UNITED STATES |
| | /s/ Michael J. Colitz, III<br><u>Filed with permission received by electronic mail</u><br>MICHAEL J. COLITZ, III<br><br>GRAYROBINSON, P.A.<br>401 East Jackson Street, Suite 2700<br>Tampa, Florida 33602<br>michael.colitz@gray-robinson.com<br>(813) 273-5298<br><br>COUNSEL FOR DEFENDANT-INTERVENOR,<br>INDUSTRIAL SMOKE & MIRRORS, INC. |